**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN M. NAKHLA,** | : | **CRIMINAL NO. 1:26-PO-4** |
| | : | |
| **Appellant,** | : | |
| **v.** | : | **(Judge Neary)** |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Appellee** | : | |

**ORDER**

AND NOW, this 9th day of November 2026, upon consideration of the arguments of the appellant (Docs. 8, 10) and the appellee (Doc. 9), and for the reasons explained in the accompanying memorandum, the court hereby AFFIRMS the conviction in this matter and orders the clerk of court to close the case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania